UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA,<br><br>    Respondent. | Case No. 18-cv-07112-WHO (PR)<br><br>**ORDER DIRECTING THE CLERK TO TRANSFER THIS ACTION TO THE NINTH CIRCUIT** |

The Clerk is directed to transfer this action to the Ninth Circuit Court of Appeals forthwith. Petitioner Magee clearly meant to file his petition there, but it was mailed here.

**IT IS SO ORDERED.**

**Dated:** January 7, 2019



WILLIAM H. ORRICK
United States District Judge